IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12 CV 08

| | |
|---|---|
| DEVERS HOLDINGS, LLC; J2 PARTNERS, LLC; DN6 KIDS INVESTMENT COMPANY, LLC; GISSY HOLDINGS, LC; and BRIDGE CREEK LAND COMPANY, LLC., <br><br>　　Plaintiffs <br><br>V <br><br>FRED M. LEONARD, JR.; RPM GROUP, LLC; and REAL ESTATE PORTFOLIO MARKETING GROUP BROKERAGE, LLC, <br><br>　　Defendants | ORDER |

**THIS MATTER** is before the court on Seth A. Neyhart's Application for Admission to Practice *Pro Hac Vice* of Terri Beuerlein Lankford. It appearing that Terri Beuerlein Lankford is a member in good standing with the Tennessee State Bar and will be appearing with Seth A. Neyhart, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Seth A. Neyhart's Application for Admission to Practice *Pro Hac Vice* (#11) of Terri Beuerlein Lankford is **GRANTED**, and that Terri Beuerlein Lankford is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Seth A. Neyhart.

Signed: May 14, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge